FIRST STATE BANK, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 2581.    Promulgated January 25, 1927.

*R. C. Wiley* for the petitioner.
*Bruce A. Low, Esq.,* for the respondent.

This proceeding is for the redetermination of a deficiency in income tax for the year 1921 in the amount of $55.30.

### FINDINGS OF FACT.

The petitioner is a corporation organized under the laws of Texas in the year 1917 and engaged in the banking business at Tell. During the years 1917 to 1921, inclusive, the petitioner purchased certain furniture and equipment as follows:

| | |
|---|---:|
| Safe | $125.00 |
| Furniture and fixtures | 521.00 |
| Adding machine | 290.00 |
| Typewriter | 50.10 |
| Desk | 15.00 |
| Lighting plant | 360.00 |
| Posting machine | 700.00 |
| Desk | 97.10 |
| Check tray | 10.58 |

The adding machine and the posting machine each had a useful life of 6 years; the useful life of the typewriter was 5 years, and the useful life of the furniture and fixtures and desks was 10 years. The useful life of the safe and lighting plant is not shown by the record. The respondent has refused to allow the petitioner any deduction from gross income for the year 1921 for the exhaustion, wear and tear of the furniture and equipment herein listed.

### OPINION.

MARQUETTE: We are satisfied from the evidence that the petitioner's furniture and equipment was acquired by it subsequent to March 1, 1913, and that its cost and useful life were as set forth in the findings of fact. Petitioner is therefore entitled to a deduction for the exhaustion, wear and tear of its furniture and equipment computed on the basis of such cost and useful life. In all other respects the Commissioner's determination is approved.

The petitioner also alleges that it is entitled to deductions on account of certain worthless debts, but there is nothing in the record from which we can ascertain the facts relative to these alleged worthless debts.

*Judgment will be entered on 15 days' notice, under Rule 50.*